ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| A.R. Acosta Limited | ) ASBCA No. 62065 |
| | ) |
| Under Contract No. W9124G-18-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:     Ms. Alisa Acosta
                                    Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                  MAJ Seth Ritzman, JA
                                  CPT Michael Brown, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 1, 2022

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62065, Appeal of A.R. Acosta Limited, rendered in conformance with the Board's Charter.

Dated: June 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals